## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA


ALBERT BEDIAKO

                 Plaintiff ,                          Civil Action No. _____

            V.                                  COMPLAINT FOR
                                                   DAMAGES

UNITED STATES OF AMERICA,

Bureau of Prisons,

Harley G. Lappin , and

Gerardo Maldonado, Jr.,

                 Defendants


### Jurisdiction and Venue

1.      This court has jurisdiction of this action under 28 U.S.C.1346(b) because, as is more fully explained below, the plaintiff asserts this claim under the Federal Tort Claims.

2.      Venue is proper in this judicial district because the defendant, Bureau of Prisons, resides in this judicial district.

### Claim for Relief

3.      At all times mentioned in this complaint, defendant, UNITED STATES OF AMERICA, was and is the owner of a certain federal detention center and its surrounding complexes located at 2105 East Whatley Road, in the Municipality of Oakdale, State of Louisiana.

4.      At all times mentioned in this complaint, employees, Harley G. Lappin, and Gerardo Maldonado, Jr., of the BUREAU OF PRISONS, a federal agency of the defendant UNITED STATES OF AMERICA, had the duty to maintain and operate the federal detention center in a reasonably safe condition for the housing of persons detained therein.  All acts or omissions complained of here were performed by employees of defendants, while acting within the scope of their employment or line of duty, and with the permission and consent of the defendants.

5.      On 20 November 2005, and for some time prior to that date, defendants' employees

were negligent in that they failed to maintain the surface of the stairs in the male inmate housing unit where the plaintiff was detained in a manner that would reasonably prevent tripping, slipping, and falling; were negligent in allowing the dangerous condition of broken, deteriorating, defective stairs to exist in a high inmate traffic area; were negligent in failing to make timely and proper repairs to the surface of the stairs; were negligent in failing to remove protruding, broken, worn, torn and other defects from the surface of the stairs; and the defendants knew or should have known of the unreasonable risk created for the plaintiff and others similarly situated.

6.    On 20 November 2005, plaintiff, Albert Bediako, while being detained and housed in the defendants' facility and while exercising due care for his own safety, tripped on the defective stair of the defendants and fell down several steps, as the direct and proximate result of the wrongful and negligent conduct of the defendants' employees as alleged above.

7.    As a direct and proximate result of the negligence of the defendants' employees as alleged above, plaintiff, Albert Bediako, suffered the following serious personal injuries:

      a. Broken leg at the right tibia and distal fibula

      b. Pain and swelling;

      C.  Pain and swelling in walking and standing; and

      c.  Unable to walk, bend, or stand.

8.    As a direct and proximate result of the injuries, plaintiff has undergone surgery to repair the broken bones; has been unable to ambulate without assistance for over one year; has been, and will continue to be, in great physical, mental, and emotional pain and distress.

9.    As a further direct and proximate result of the injuries, plaintiff will incur, for an indefinite time in the future, medical expenses and obligations for rehabilitative treatments.

10.    As a further direct and proximate result of the negligence of defendants' employees and the injuries suffered by plaintiff, plaintiff is informed and believes, and on that basis alleges, that these injuries will result in permanent disability of body and mind.

11.    On 1 February 2006, plaintiff, Albert Bediako, filed a claim for administrative settlement with the Bureau of Prisons in the sum of $150,000.00.

12.    On 28 August 2006, Plaintiff received a final denial of his claim from the Bureau of

Prisons.   This suit was duly commenced within six months of the denial of the claim.

**Prayer**

Plaintiff requests an award of damages in the sum of $250,000.00 as compensation for his injuries, pain and suffering, and permanent disability, and for such other and further relief as may be just and equitable.

Dated: _____

_____
Law Office of Regina Y. Kane
D.C. Bar No.  486128
1717 K Street, N.W. Suite 600
Washington, D.C.  20036

Counsel for Plaintiff Albert Bediako

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Albert Bediako    88880 | United States of America, Harley G. Lappin, and Gerardo Maldonado, Jr. |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ___Washington, D.C.___
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Law Office of Regina Y. Kane
1717 K Street, NW Suite 600
Washington, DC 20036

CASE NUMBER    1:06CV02042

JUDGE: Gladys Kessler

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 11/30/2006

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- [X] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENS
FOR PLAINTIFF

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**○ A. Antitrust**

- [ ] 410 Antitrust

**◉ B. Personal Injury/ Malpractice**

- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [X] 330 Federal Employers Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Medical Malpractice
- [ ] 365 Product Liability
- [ ] 368 Asbestos Product Liability

**○ C. Administrative Agency Review**

- [ ] 151 Medicare Act

Social Security:
- [ ] 861 HIA ((1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g)
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g)

Other Statutes
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**○ E. General Civil (Other)**    OR    **○ F. Pro Se General Civil**

Real Property
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent, Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

Personal Property
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

Bankruptcy
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

Prisoner Petitions
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

Property Rights
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

Federal Tax Suits
- [ ] 870 Taxes (US plaintiff or defendant
- [ ] 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- [ ] 610 Agriculture
- [ ] 620 Other Food &Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 RR & Truck
- [ ] 650 Airline Regs
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

Other Statutes
- [ ] 400 State Reapportionment
- [ ] 430 Banks & Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation

- [ ] 470 Racketeer Influenced & Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Satellite TV
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 900 Appeal of fee determination under equal access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| G. *Habeas Corpus/ 2255* | H. *Employment Discrimination* | I. *FOIA/PRIVACY ACT* | J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| K. *Labor/ERISA (non-employment)* | L. *Other Civil Rights (non-employment)* | M. *Contract* | N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

- ⊙ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

Federal Torts Claims Act   28 USC 1346(b)

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    **DEMAND $** 250,000.00    Check YES only if demanded in complaint

**JURY DEMAND:**    YES ☐    NO ☒

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE  30 Nov 06    SIGNATURE OF ATTORNEY OF RECORD  *Regina J. King*

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT:  The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

