UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERT BEDIAKO

            Plaintiff ,            Civil Action No. 06CV02042

   V.                          COMPLAINT FOR
                                                 DAMAGES
UNITED STATES OF AMERICA, et al.,

            Defendants

**AFFIDAVIT OF SERVICE**

    I, Regina Y. Kane, hereby declare that on the 1st of December 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Alberto Gonzales. Attached hereto is the green card acknowledging service.

                                                                              _____
                                                                              Regina Y. Kane
                                                                              Law Office of Regina Y. Kane
                                                                              1717 K Street, NW Suite 600
                                                                              Washington, D.C.  20036
                                                                              202 349-3971 Office
                                                                              District of Columbia Bar No. 486128