**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**


ALBERT BEDIAKO

           Plaintiff ,                    Civil Action No. 06CV02042

     V.                            COMPLAINT FOR
                                           DAMAGES

UNITED STATES OF AMERICA, et al.,

           Defendants


**AFFIDAVIT OF SERVICE**

    I, Regina Y. Kane, hereby declare that on the 1st of December 2006, I mailed a copy of the

summons and complaint, certified mail return receipt requested, to Federal Bureau of Prisons.  Attached

hereto is the green card acknowledging service.




                                  _____
                                    Regina Y. Kane
                                    Law Office of Regina Y. Kane
                                    1717 K Street, NW Suite 600
                                    Washington, D.C.  20036
                                    202 349-3971 Office
                                    District of Columbia Bar No. 486128