UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERT BEDIAKO

        Plaintiff ,           Civil Action No. 06CV02042

   V.           COMPLAINT FOR
        DAMAGES
UNITED STATES OF AMERICA, et al.,

        Defendants

**AFFIDAVIT OF SERVICE**

I, Regina Y. Kane, hereby declare that on the 1st of December 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Harley G. Lappin. Attached hereto is the green card acknowledging service.

 

_____
Regina Y. Kane
Law Office of Regina Y. Kane
1717 K Street, NW Suite 600
Washington, D.C. 20036
202 349-3971 Office
District of Columbia Bar No. 486128