UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERT BEDIAKO

        Plaintiff ,                Civil Action No. 06CV02042

   V.                                COMPLAINT FOR
                                          DAMAGES

UNITED STATES OF AMERICA, et al.,

        Defendants

**AFFIDAVIT OF SERVICE**

I, Regina Y. Kane, hereby declare that on the 1st of December 2006, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Gerardo Maldonado, Jr. Attached hereto is the green card acknowledging service.

                                                                                                                  _____
                                                                                                                  Regina Y. Kane
                                                                                                                   Law Office of Regina Y. Kane
                                                                                                                   1717 K Street, NW Suite 600
                                                                                                                   Washington, D.C. 20036
                                                                                                                   202 349-3971 Office
                                                                                                                   District of Columbia Bar No. 486128