UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERT BEDIAKO

            Plaintiff ,            Civil Action No. 06CV02042

    V.                           COMPLAINT FOR
                                                DAMAGES
UNITED STATES OF AMERICA, et al.,

            Defendants

**ERRATA PLEADING**

Attaching green card acknowledging service for docket numbers two, three , four and five.

Dated: 18 December 2006

                                                         _____
                                                         Regina Y. Kane
                                                         Law Office of Regina Y. Kane
                                                         1717 K Street, NW Suite 600
                                                         Washington, D.C.  20036
                                                         202 349-3971 Office
                                                         District of Columbia Bar No. 486128




