UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALBERT BEDIAKO

           Plaintiff ,           Civil Action No. 06CV02042

   V.                            COMPLAINT FOR
                                   DAMAGES
UNITED STATES OF AMERICA, et al.,

           Defendants

**AMENDED ERRATA PLEADING**

Attaching green card acknowledging service for docket numbers two, three , four and five.

Dated: 18 December 2006

                                                                          _____
                                                                          Regina Y. Kane
                                                                           Law Office of Regina Y. Kane
                                                                           1717 K Street, NW Suite 600
                                                                           Washington, D.C.  20036
                                                                           202 349-3971 Office
                                                                           District of Columbia Bar No. 486128



**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Federal Bureau of Prisons
320 First Street, NW
Washington DC 20534

Bediako

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 12/8/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0002 7480 3705

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Harley G. Lappin
   320 First Street NW
   Washington, DC
   20534

   Bedcako

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                   1/16/06

D. Is delivery address different from item 1? ☑ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 0100 0002 7480 3699

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

