**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALBERT BEDIAKO, )<br>  )<br>    Plaintiff, )<br>  )<br>    v. )<br>  )<br>UNITED STATES OF AMERICA, )<br>BUREAU OF PRISONS, )<br>HARLEY G. LAPPIN, and )<br>GERARDO MALDONADO, JR., )<br>  )<br>    Defendants. )<br>  )<br>_____) | Civil Action No. 06-2042(GK) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Diane M. Sullivan as counsel for defendants in the above-captioned case.

Respectfully submitted,

___/s/_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530
(202)514-7205