UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ALBERT BEDIAKO,                )
                               )
     Plaintiff,                )
                               )
     v.                        )   Civil Action No. 06-2042 (GK)
                               )
BUREAU OF PRISONS, et al.,     )
                               )
     Defendants.               )
_____)

**O R D E R**

This matter is now before the Court upon Defendants' Motion to Dismiss, to Substitute, or to Transfer [Dkt. No. 9], which was filed on March 1, 2007. To date, Plaintiff has failed to respond. The Court therefore deems the Motion conceded. LCvR 7(b); see United States v. Real Property Identified As: Parcel 03179-005R, 287 F. Supp. 2d 45, 61 (D.D.C. 2003) ("If the opposing party files a responsive memorandum, but fails to address certain arguments made by the moving party, the court may treat those arguments as conceded.") (internal citation omitted).

Accordingly, it is hereby

**ORDERED** that Defendants' Motion to Dismiss, to Substitute, or to Transfer [Dkt. No. 9] is **granted**; and it is further

**ORDERED** that Plaintiff's Complaint is **dismissed.**

March 22, 2007

/s/
Gladys Kessler
U.S. District Judge

**Copies to**: **attorneys on record via ECF**